JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-06298-CV (PDx) | Date December 3, 2025 |
| Title *Freddy Ackerman v. City of Los Angeles, et al.* | |

Present: The Honorable Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None Present                                      None Present

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION [40]**

On July 25, 2025, the Court issued an Order Granting Hector R. Brolo's motion to withdraw as counsel for Plaintiff Freddy Ackerman, and issuing an Order to Show Cause ("OSC") in writing within 21 days why the Court should not dismiss this action for lack of prosecution. Doc. # 40 ("July 25, 2025 Order").

The July 25, 2025 Order further ordered Mr. Brolo to serve a copy of the July 25, 2025 Order on Plaintiff. On October 10, 2025, Mr. Brolo filed a proof of service, declaring that the July 25, 2025 Order was served on Plaintiff via U.S. Mail and email.

Plaintiff has not filed a response to the OSC. Accordingly, the Court DISMISSES this action without prejudice. The OSC is DISCHARGED.

**IT IS SO ORDERED.**